

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00772-CR

**EX PARTE** Jorge **BECERRA ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 12255CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

The clerk's record in this appeal has been filed. The record reflects that on May 11, 2022, appellant filed in the trial court an application for pretrial writ of habeas corpus. On September 9, 2022, appellant filed a notice of appeal, contending the trial court denied him relief on September 7, 2022. The clerk's record does not contain a final order signed by the trial court. On September 14, 2022, the trial court signed a certification of defendant's right to appeal stating, in part, that "I do not find where I have signed, or has been submitted to me for signature, an Order Denying Application for Pretrial Writ of Habeas Corpus and for Other Ancillary Matters," although [a] notice of appeal has ben [sic] filed." This court contacted appellant's attorney who stated there is no signed order in the case. Therefore, it appeared this appeal was interlocutory, and we lacked jurisdiction.

On November 30, 2022, we ordered appellant to show cause in writing, no later than December 12, 2022, why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines were held in abeyance pending further order of this court. Appellant did not respond; however, on December 14, 2022, a supplemental clerk's record was filed containing a signed written final order.

We reinstate the appellate deadlines, and appellant is ORDERED to file his brief **no later than January 10, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

MICHAEL A. CRUZ, Clerk of Court